UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 21-8818-DMG (JPRx)** | Date | February 9, 2022 |
|---|---|---|---|

| Title | ***Kimberly Frazier v. Stephen F. Hecker, et al.*** |
|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings:  IN CHAMBERS - ORDER TO SHOW CAUSE RE: DISMISSAL FOR
LACK OF PROSECUTION**

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed.  See Fed. R. Civ. P. 4(m).  Generally, defendant must answer the complaint within 21 days after service (60 days if the defendant is the United States).

In the present case, it appears that these time periods have not been met.  Accordingly, the Court, on its own motion, orders plaintiff(s) to show cause in writing on or before **February 16, 2022** why this action should not be dismissed as to defendants Regime PPE, Blue Avian Ventures LLC, Books4Blondes, Inc., DAG Athletic Group, LLC, Federico & Company LLC, Sauer Brands, Inc., Elizabeth Capra, Alejandro Guardiola, David Daglow, Noam Katsil, Daniel Smith Sammy Zeblan, Jaafar Zerrouq, Marco Martinez, and Michael Lundy for lack of prosecution.

No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a written response on or before the date upon which a response by plaintiff(s) is due.  This action will be **dismissed as to defendants Regime PPE, Blue Avian Ventures LLC, Books4Blondes, Inc., DAG Athletic Group, LLC, Federico & Company LLC, Sauer Brands, Inc., Elizabeth Capra, Alejandro Guardiola, David Daglow, Noam Katsil, Daniel Smith Sammy Zeblan, Jaafar Zerrouq, Marco Martinez, and Michael Lundy** if a written response demonstrating good cause is not filed by the date indicated above.